Robert J. King (Bar No. 302545)
robert@kingsiegel.com
Andrea Obando (Bar No. 312640)
andrea@kingsiegel.com
**KING & SIEGEL LLP**
601 University Ave., Ste. 275
Sacramento, California 95825
*tel*:   (213) 465-4802
*fax:* (213) 465-4803

Attorneys for Plaintiff
Frank Brown

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Frank Brown**, an individual,<br>　　　　Plaintiff,<br>　　v.<br>**AutoZone, Inc.**, a corporation; **AutoZoners, LLC dba AutoZone**, a limited liability company; and **Does 1-10**, inclusive,<br>　　　　Defendants. | CASE NO. 5:23-cv-00842-MEMF-SP<br><br>**NOTICE OF SETTLEMENT**<br><br>Case Filed:   December 5, 2022<br>Case Removed:  May 11, 2023<br>Trial Date: February 24, 2025 |

Notice of Settlement

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE THAT** Frank Brown ("Plaintiff") and AutoZone, Inc. and AutoZoners, LLC dba AutoZone ("Defendants"; together with Plaintiff, "the Parties") have reached a settlement in principle of this matter. The Parties are in the process of preparing a long-form settlement agreement for execution. A request for dismissal will be filed with the Court after the agreement is executed.

Dated: July 24, 2024   Respectfully submitted,

            **KING & SIEGEL LLP**

By: _____
 Robert J. King
 Andrea Obando
 Attorneys for Plaintiff
 Frank Brown

---

1
Notice of Settlement